UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REUBEN RANKE,

    Plaintiff,

v.

SAGINAW COUNTY, MICHIGAN,

    Defendant.

                                         /

Case No. 75-10075

Honorable Nancy G. Edmunds

**ORDER FOR PLAINTIFF TO COMPLY WITH 28 U.S.C. § 1915(a)(2)**

This matter comes before the Court on Plaintiff Reuben Ranke's application to proceed *in forma pauperis* in his appeal of this Court's November 29, 2011 order denying Plaintiff's motion for reconsideration of this Court's order granting Defendant's motion to dismiss. In his application to proceed *in forma pauperis*, Plaintiff checked the box next to "Yes" where he was asked if he had money in a prison or jail account. When asked to state the total amount, Plaintiff wrote "Ø," indicating that there is no money in the account. Plaintiff did not attach any account statements to his application.

Pursuant to 28 U.S.C. § 1915:

> A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

1

28 U.S.C. § 1915(a)(2).

In order to proceed *in forma pauperis*, Plaintiff is required to submit a statement of his prison account balance and a computer printout showing the deposits and withdrawals from the account for the six-month period immediately preceding the filing of the notice of appeal. 28 U.S.C. § 1915(a)(2); *Dixon v. Hofbauer*, 53 F. App'x 313 (6th Cir. 2001). Plaintiff has failed to do this and therefore his application to proceed *in forma pauperis* is deficient.

This Court orders Plaintiff to submit the account information in compliance with 28 U.S.C. § 1915. If Plaintiff does not file the required documents within thirty days, the court of appeals may dismiss the appeal for want of prosecution under Fed. R. App. P. 3(a) and this Court will assess the entire filing fee. The Court will attach with this order a copy of the Application to Proceed *In Forma Pauperis* to be filled out again by Defendant with the required documents on his prison account balance.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: April 16, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 16, 2012, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager